RECEIVED

MAY 2 8 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK

COURT OF APPEALS SECOND DISTRICT OF TEXAS

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

MAY 2 8 2015

DEBRA SPISAK, CLERK

Christopher Bivens Sr

Appellant-Pro Se

V                                                  Court of Appeals No. 02—15-00143-CV


First United Bank & Trust

Plaintiff


## MOTION FOR EXTENSION OF TIME TO FILE DOCKETING STATEMENT

COMES NOW, Appellant, Christopher Bivens, Sr Pro-Se pursuant to **Tex. R. App. P** files this motion to the court that has jurisdiction of the above listed cause.

Appellant request **extension of time to file docketing statement** for following reasons:

1-Appellant is without legal counsel to appear before court

WHEREFORE, the Appellant prays the court kindly consider obstacles of Pro-Se and grant this **motion for extension of time thirty(30) days to June 28, 2015**,to hire counsel and properly file docketing statement and other relevant motions.


Respectfully submitted,

Christopher Bivens Sr Pro-Se

5/28/2015

On this 28 day of May 2015 a true and correct copy of the foregoing was mailed to William Riley Nix 717 N Crockett St Sherman Tx 75090-4979

<u>COURT OF APPEALS SECOND DISTRICT OF TEXAS</u>

Christopher Bivens Sr

Appellant-Pro Se

V                                                    Court of Appeals No. 02—15-00143-CV

First United Bank & Trust

Plaintiff

## <u>ORDER GRANTNG MOTION FOR EXTENSION OF TIME TO FILE DOCKETING STATEMENT</u>

On this_____day May 2015 this honorable court grants Apellants **motion for extension of time to file docketing statement to** .

IT IS ORDERED that above listed motion has been granted.

SIGNED this_____day of May,2015

_____

JUDGE PRESIDING